JAMAL TOOSON - State Bar No. 261373
JTooson@LnLegal.com
LESSEM NEWSTAT & TOOSON, LLP
3450 Cahuenga Blvd. W. # 102
Los Angeles CA 90068
Phone: (818) 582-3087
Fax: (818) 484-3087

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GOMEZ, individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, ALYSSA VILLALOBOS in her individual and official capacity, GUILLERMO VIERA ROSA, in his individual and official capacity, LISA H. WONG, in her individual and official capacity and DOES 1-10,<br><br>    Defendants. | CASE NO.: 2:25-cv-04754<br><br>Hon. Christina A. Snyder<br><br>**NOTICE OF SETTLEMENT** |

WHEREAS, Plaintiff Kevin Gomez filed this action on May 27, 2025;

WHEREAS, Plaintiff served defendants County of Los Angeles, Alyssa Villalobos, Lisa Wong, and Guillermo Viera Rosa Los Angeles ("Defendants") on June 17, 2025.

WHEREAS, Plaintiff Kevin Gomez and Defendants County of Los Angeles et. al., have entered into a conditional settlement agreement on September 24, 2025.

0
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

WHEREAS, the settlement is subject to the County's litigation approval process which takes at least 9 months, all parties ask the court to vacate all current court dates and appearances while maintaining jurisdiction over the case until final County approval along with setting a status date approximately 6 months out.

DATED: 10/03/2025

LESSEM, NEWSTAT & TOOSON, LLP

By: /s/ Jamal Tooson
JAMAL TOOSON
Attorneys for Plaintiff
Kevin Gomez

DATED: 10/03/2025

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By: /s/ Andrew Baum
ANDREW BAUM
CHRIS W. BASIL
Attorneys for Defendants
County of Los Angeles, Alyssa Villalobos, Lisa Wong, and Guillermo Viera Rosa